**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 18 2023
TAMMY H. DOWNS, CLERK
By: [signature]
DEP CLERK

2023 JUL 18 A 10: 01
TAMMY H DOWNS

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS**

**__________ DIVISION**

**CASE NO.** 4:23-cv-660 LPR

**Jury Trial:** ☐ **Yes** ☐ **No**
**(Check One)**

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Derrick Anthony Flynn Jr.
ADC # 177800

Address: 2115 N Constitution Ave Ashdown, Ar 71822

Name of plaintiff: __________
ADC # __________

Address: __________

Name of plaintiff: __________
ADC # __________

Address: __________

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Reese lunsford

Position: Dentist

Place of employment: Ashdown Dental

Address: 1730 South Constitution Ave Ashdown, Ar 71822

Name of defendant: __________

Position: __________

This case assigned to District Judge **Rudofsky**
and to Magistrate Judge **Kearney**

Place of employment: ______________________________

Address: ______________________________

Name of defendant: ______________________________

Position: ______________________________

Place of employment: ______________________________

Address: ______________________________

Name of defendant: ______________________________

Position: ______________________________

Place of employment: ______________________________

Address: ______________________________

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: ______________________________

______________________________

Defendants: ______________________________

______________________________

☐ Court (if federal court, name the district; if state court, name the county):

______________________________

☐ Docket Number: ______________________________

☐ Name of judge to whom case was assigned: ______________

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) ______________________________

☐ Approximate date of filing lawsuit: ______________________

☐ Approximate date of disposition: ______________________

IV. Place of present confinement: ______________________________

______________________________

V. At the time of the alleged incident(s), were you: (check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

__✓__ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: ______________________________

______________________________

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes __✓__ No ____

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ✓ No ____

If not, why? ______________________________________________

______________________________________________

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I Derrick Anthony Flynn Jr have been in a great deal of pain and having extremely bad headaches after My procedure at Ashdown Dental June 7th 2023. Dr. Reese Lunsford pulled my top right wisdom tooth and allegedly cut out my top left wisdom tooth. After the procedure my left side of my entire face was swollen to the point it looked liked someone had hit me in my face with a baseball bat on the left side. Also I am bleeding from my top left gums so bad that I have to sleep with a wash cloth under me so the blood wouldn't run onto My sheets or My clothes. I ask the Jail captain Tracy Smith if it was possible for him to get a hold of the Doctor of the Jail for the pain and something to help the swelling go down. After about a week and a half of medication the swelling finally goes Down to the point where I could open My Mouth wide enough to eat but I'm still in so Much pain that I cant really eat anything in big portions.

Also I am still bleeding from the top left side of My Mouth. I can feel stitches in my Mouth from feeling around with My tongue so I'm thinking thats the reason that I am still bleeding. After about another week or so I am still bleeding and I am having extremely bad headaches the headaches feels like Migranes. At this time I am able to open My Mouth wide enough for someone to look into it and actually tell me what they are seeing. I ask another inmate to look into My Mouth and he tells Me there is still a tooth in the top left side of my mouth the same place Dr. Reese lunsford allegedly cut out My wisdom tooth. Before Dr. Reese lunsford did his procedure in My Mouth I could not physically see or feel a tooth in My upper left gums. I only Knew my wisdom teeth were coming in because of the pain I was experiencing. After Dr. Reese lunsford allegedly cut out my upper left wisdom tooth and the swelling has went down I can physically feel a tooth sticking out of My upper left gum and the pain that I am experiencing has been a lot worse than the pain I was experiencing before Dr. Reese lunsford did the procedure. I am experiencing intolerable pain from My upper left gums and I am having extremely bad headaches on the left side of My head all through out the Day. Inmates Kason trent Fisher and Bobby gene Mcdougal experienced this entire process. Also Captain Tracy Smith among his other fellow officers experienced the process of the swelling and me complaining about the great deal of pain I have been experiencing. The rest of the tooth left in My Mouth fell out July 3rd, 2023 at approximately 4:50 p.m. I showed officer Tim Garner The tooth and advised him that I was bleeding from the Mouth.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to sue Dr. Reese lunsford at [illegible]hdown Dental for the amount of $1,000,000.00 for mouth practice and pain and suffering.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 11 day of July, 2023.

Derick Flynn

Signature(s) of plaintiff(s)

Derrick Flynn #177800
2115 N. Constitution Ave
Ashdown, Ar 71822

Legal Ma

US POSTAGE PITNEY BOWES
ZIP 71822 $ 000.63⁰
02 4W
0000368329 JUL 13 2023

Mailed
Originated From
Correctional Facility

United states District Court
600 W. Capitol Avenue
Suite A-149
Little Rock, Arkansas
72201-3325